IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 09-718 |
| FREDERICK PHILLIPS | : | |
| | : | |

**O R D E R**

**AND NOW**, this 27th day of August 2020, upon consideration of Frederick Phillips's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 120), the Government's Response (ECF No. 124), and all documents submitted in support thereof and in opposition thereto, and consistent with the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**